UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | LA CV14-07121 JAK (FFMx) | Date | December 8, 2014 |
|---|---|---|---|
| Title | Amber Coyle, et al. v. Michael O'Rourke, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Timothy A. Hall | Michael K. Lipscomb |

**Proceedings:** **DEFENDANTS MICHAEL O'ROURKE AND O'ROURKE HOLDINGS, LLC'S MOTION TO DISMISS (DKT. 3)**

**PLAINTIFF'S MOTION TO REMAND AND REQUEST FOR ATTORNEYS' FEES AND COSTS (DKT. 17)**

**SCHEDULING CONFERENCE**

The motion hearing is held. The Court states its tentative views that it is inclined to deny Defendants' Motion to Dismiss (the "Defendants' Motion"), grant Plaintiff's Motion to Remand and deny the Request for Attorneys' Fees and Costs (the "Plaintiffs' Motion"). Counsel address the Court. The Court takes Defendants' Motion and Plaintiffs' Motion UNDER SUBMISSION and an order will be issued.

The scheduling conference is held. The Court confers with counsel regarding the status of the case and the parties' December 4, 2014 joint report and sets the following deadlines:

| | |
|---|---|
| January 9, 2015: | Last day to amend or add parties |
| March 13, 2015: | Last day to participate in a settlement conference/mediation |
| March 20, 2015: | Last day to file notice of settlement / joint report re settlement |
| March 30, 2015 at 1:30 p.m.: | Post Mediation Status Conference |
| May 29, 2015: | Non-Expert Discovery Cut-Off |
| June 5, 2015: | Initial Expert Disclosures |
| June 19, 2015: | Rebuttal Expert Disclosures |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV14-07121 JAK (FFMx) | Date | December 8, 2014 |
|---|---|---|---|
| Title | Amber Coyle, et al. v. Michael O'Rourke, et al. | | |

| | |
|---|---|
| July 7, 2015: | Expert Discovery Cut-Off |
| July 13, 2015: | Last day to hear motions *(including discovery motions)* |
| September 14, 2015 at 3:00 p.m.: | Final Pretrial Conference, Motions in Limine, and Status Conference re Exhibits |
| September 29, 2015 at 9:00 a.m.: | Court Trial[1] (est. 5 days) |

The Court grants the parties' request to participate in a settlement conference with Magistrate Judge Frederick F. Mumm and shall contact Judge Mumm's Clerk one week after the Court issues its final ruling on the submitted motions to schedule a date for the conference. The parties are ordered to have a representative with authority to make final decisions as to this matter, present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on March 30, 2015, if such notice is filed on or before March 20, 2015. If a notice of settlement is not filed, counsel shall file a joint report by March 20, 2015, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

Counsel for all parties shall comply with this Court's standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference. Dkt. 13.

**IT IS SO ORDERED.**

cc: Magistrate Judge Mumm

|  | : | 31 |
|---|---|---|
| Initials of Preparer | ak | |

---

[1] The Court will proceed as a Court Trial unless a jury demand is made timely.